Matt Adams
Glenda Aldana Madrid
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Ave., Ste. 400
Seattle, WA 98104
(206) 957-8611

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| John DOE 1, John DOE 2,<br><br>　　　　Petitioners,<br><br>　v.<br><br>Donald TRUMP; President of the United States of America; John F. Kelly, Secretary of the Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; KEVIN K. MCALEENAN, Acting Commissioner of Customs and Border Protection; CUSTOMS AND BORDER PROTECTION; and the UNITED STATES OF AMERICA,<br><br>　　　　Respondents. | Case No.: C17-126<br><br>Agency No. A<br><br>**ORDER GRANTING EMERGENCY MOTION FOR STAY OF REMOVAL** |

ORDER- 1 -
Petition for Writ of Habeas Corpus

Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel: 206 957-8611

THIS MATTER HAVING COME TO THE COURT UPON PETITIONERS' EMERGENCY ORDER FOR STAY OF REMOVAL, AND THE COURT HAVING CONSIDERED THE EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS, DOCKET NO. 1, AND THE MOTION FOR EMERGENCY STAY, DOCKET NO. 2, HEREBY GRANTS THE FOLLOWING ORDER:

1. THE COURTS GRANTS A STAY OF REMOVAL.

2. DEFENDANTS ARE ENJOINED FROM REMOVING JOHN DOE I AND JOHN DOE II FROM THE UNITED STATES PENDING FURTHER ORDER OF THE COURT.

3. The Court SETS a hearing for 10:00 a.m. on Friday, February 3, 2017, to determine whether to lift the stay.

DATED this 28th day of January, 2017.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER- 2 -
Petition for Writ of Habeas Corpus

Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel: 206 957-8611