UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>    Petitioners,<br><br> v.<br><br>DONALD TRUMP, President of the United States of America, et al.,<br><br>    Respondents. | C17-126<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Having scheduled a hearing for Friday, February 3, 2017, at 10:00 a.m., the Court SETS the following briefing schedule:

- Petitioners' brief, not to exceed 24 pages in length, is DUE by January 30, 2017;

- Respondents' brief, not to exceed 24 pages in length, is DUE by noon on February 2, 2017;

- No reply shall be filed unless requested by the Court.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record. Counsel for petitioners shall immediately serve a copy of this Minute Order, along with copies of the petition for writ of habeas corpus, petitioners' emergency motion for temporary restraining order, and the declarations filed in conjunction therewith, on the Acting Attorney General of the United States, on the United States Attorney for the

MINUTE ORDER - 1

Western District of Washington, and on each person named as a respondent in this matter, and shall file proof of such service by 9:00 a.m. on Monday, January 30, 2017.

Dated this 28th day of January, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2