UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>DONALD TRUMP, President of the United States of America, et al.,<br><br>　　　　　Respondents. | C17-126 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Pursuant to petitioners' notice of voluntary dismissal, docket no. 8, the hearing set for February 3, 2017, at 10:00 a.m., and all related deadlines are STRICKEN.

(2)　The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 30th day of January, 2017.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1